# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOUNG YIL JO, | CASE NO. 1:11-cv-01831-LJO-MJS PC |
| Plaintiff, | ORDER DISMISSING ACTION, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM |
| v. | |
| SIX UNKNOWN NAMES AGENTS, et al., | (ECF No. 1) |
| Defendants. | |

Plaintiff Young Yil Jo is a federal prisoner currently housed at the Airpark Unit Correctional Center in Big Spring, Texas. To date, Plaintiff has filed approximately one-hundred forty civil cases in this district.[1] The complaint in this action is rambling and incoherent, and fails to state any cognizable claims under federal law. Ashcroft v. Iqbal, 129 S.Ct. 1937, 1949 (2009); Bell Atlantic Corp. v. Twombly, 550 U.S. 544, 555, 127 S.Ct. 1955, 1965 (2007). Given this litigant's abusive filing practices in this district, and the utterly incoherent pleading before the Court, leave to amend is not warranted. Lopez v. Smith, 203 F.3d 1122, 1130 (9th Cir. 2000).

Pursuant to 28 U.S.C. § 1915A, this action is HEREBY DISMISSED, WITH PREJUDICE.

IT IS SO ORDERED.

---

[1] The Court takes judicial notice of the complaints in the civil suits filed by Plaintiff in this district.

1

**Dated:     November 14, 2011**             /s/ Lawrence J. O'Neill
                                             UNITED STATES DISTRICT JUDGE